

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:18-MJ-287 |
| LEE MONTEZ THOMPSON (01) | |

# CRIMINAL COMPLAINT

On or about April 27, 2017, in the Fort Worth Division of the Northern District of Texas, defendant Lee Montez THOMPSON, being a person who had been convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, did knowingly possess in and affecting interstate commerce, the following firearm: a Hi-Point, model CF380, .380 ACP caliber pistol, bearing serial number P908868.

In violation of 18 U.S.C. § 922(g)(1).

I, Van Stephens, am a Special Agent with Homeland Security Investigations (HSI), and hereby state that the statements set forth in this complaint are true and correct to the best of my knowledge and belief:

1. On April 27, 2017 at approximately 8:00 p.m. officers with the Arlington Police Department (APD) responded to a shots fired call at 714 Ridgeglen Drive, in Arlington, Texas. Upon arrival, the responding officers were found nothing of note.

2. On April 27, 2017 at approximately 9:00 p.m. APD responded to an aggravated assault at 2142 Forrest Brook Lane, apartment 2003, Arlington, Texas.

3. The victim of the stabbing identified the subject who stabbed him as a person the victim knew as Lee Montez THOMPSON, an acquaintance.

4. APD and Agents with HSI, while running down leads for the whereabouts of Lee Montez THOMPSON, determined through interviews with THOMPSON's associates, that THOMPSON had an estranged girlfriend who resided at 714 Ridgeglen Drive, apartment 401, Arlington, Texas.

5. The address on Ridgeglen Drive is the address/area that officers with APD were dispatched to in regards to the shots fired call approximately an hour before the alleged stabbing occurred in which THOMPSON was the suspect.

6. Upon arrival to the apartment, officers and agents found the front door of the apartment to have been kicked open, and the apartment was unoccupied.

7. A further search in front of the apartment located five .380 caliber empty shell casings approximately 30 feet from the door of the apartment. The shell casings were taken into evidence by APD in accordance with APD's evidence collection policy.

8. Lee Montez THOMPSON was eventually located at approximately 2:00 AM on April 28, 2017, at 212 West Pioneer, apartment 6, Arlington, Texas.

9. When Lee Montez THOMPSON was located, he was lying in the bed in the master bedroom, and was covered only by a bedsheet.

10. Lying on the floor next to Lee Montez THOMPSON, a Hi-Point Firearms Model CF380, bearing Serial Number P908868 was located subsequent to his arrest.

11. The Hi-Point firearm was secured and booked into evidence by APD in accordance with APD policy.

12. On May 5, 2017, the reporting agent retrieved the Hi-Point firearm and five empty shell casings that were stored in APD evidence, and transferred them to the Texas Department of Public Safety Crime Laboratory (DPS Lab).

13. The weapon and shell casings were submitted for fingerprint analysis, tool mark comparison, and submission to the National Integrated Ballistic Information Network (NIBIN).

14. On July 12, 2017, the DPS Lab returned tool mark comparison analysis results, and it was determined that the five shell casings had been fired from the handgun that was found to be in the possession of Lee Montez THOMPSON.

15. A review of the criminal history for Lee Montez THOMPSON shows that he has approximately five felony convictions in the state of Virginia, including: Drugs: Distribute/Possession with Intent >1/2 OZ to 5 LBS, a violation of Virginia State Statute 18.2-248.1. The sentence for this was two years imposed and one year

suspended (penitentiary). The Judgment and Sentencing was imposed in the Loudon County, Virginia Circuit Court.

16. On August 18, 2017, ATF Special Agent C. Smith, an Interstate Nexus Expert, examined the firearm listed in paragraph 10 and determined that the firearm was manufactured outside the State of Texas.

17. Based upon the aforementioned facts, I believe that there is probable cause to believe that THOMPSON has violated 18 U.S.C. § 922(g)(1) by unlawfully possessing the previously described firearm.

_____
Special Agent Van Stephens
Homeland Security Investigations

SWORN TO and SUBSCRIBED before me, this 9th day of May, 2018 at 2:50 p.m. in Fort Worth, Texas.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE